UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | { | CHAPTER 7 |
| | { | |
| TOMMY EARL PITTS | { | CASE NO. 12-12492-WHD |
| SSN: xxx-xx-7720 | { | |
| | { | |
| Debtor(s), | { | JUDGE DRAKE |

## AMENDMENT

COMES NOW, Tommy Earl Pitts, Debtor(s), by and through his undersigned attorney and amends his Chapter 7 Bankruptcy as follows:

1. Amend Voluntary Petition, page 2 to show Pending Bankruptcy Case filed by any Spouse, Partner, or Affiliate of this Debtor as follows:

Debtor:         Rebecca Elizabeth Pitts

Case No.:       11-13759

Date Filed:     11/14/2011

District:       Northern District of Georgia

Relationship:   Wife

Judge:          WHD

WHEREFORE, Debtor(s) pray that this Amendment be allowed.

/s/ Angela Little Hamilton
Angela Little Hamilton, GBN 454087
Attorney for Debtor(s)
angelalham@yahoo.com
543 E. Lanier Avenue
Fayetteville, GA 30214
Phone (770) 716-0140

## VERIFICATION

I/We, Tommy Earl Pitts, as petitioners in the foregoing petition, declare under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing amendment is true and correct.

/s/ Tommy Earl Pitts
Debtor

Date: December 20, 2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | { | CHAPTER 7 |
| | { | |
| TOMMY EARL PITTS | { | CASE NO. 12-12492-WHD |
| SSN: xxx-xx-7720 | { | |
| | { | |
| Debtor(s), | { | JUDGE DRAKE |

## CERTIFICATE OF SERVICE

This is to Certify that I have this date served a copy of the within and foregoing Amendment on the following:

Theo Davis Mann
Chapter 7 Trustee
28 Jackson St.
P.O. Box 310
Newnan, GA 30264-0310

Tommy Pitts
8 Georgian Dr.
Newnan, GA 30263

by placing a copy of same in the United States Mail in properly addressed envelope with adequate postage affixed thereon to insure delivery.

This 20th day of December, 2012.

/s/ Angela Little Hamilton
Angela Little Hamilton, GBN 454087
Attorney for Debtor(s)
angelalham@yahoo.com
543 E. Lanier Avenue
Fayetteville, GA 30214
Phone (770) 716-0140

**12-12492-whd** Tommy Earl Pitts
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** W. Homer Drake
**Date filed:** 08/29/2012 **Date of last filing:** 10/02/2012

## Creditors

**Alex L. Dixon, P.C.**
P.O. Box 3690
313 Greenville Street
Lagrange, GA 30241

**Bank of America, NA**
Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

**Capital One Bank (USA), NA**
P.O. Box 30285
Salt Lake City, UT 84130-0285

**CareCentrix**
9119 Corporate Lake Drive, Suite 300
Tampa, FL 33634-2357

**CareCentrix**
P.O. Box 277947
Atlanta, GA 30384-7947

**Central Mortgage Co.**
1501 Main Street
Little Rock, AR 72202-5037

**Chase Bank USA, NA**
P.O. Box 15298
Wilmington, DE 19850-5298

**CitiMortgage, Inc.**
P.O. Box 9442
Gaithersburg, MD 20898-9442

**Gary S. Wood**
Troup County Tax Comm
100 Ridley Ave.
Lagrange, GA 30240

**Gary S. Wood**
Troup County Tax Comm
100 Ridley Ave.
Lagrange, GA 30240

**Glen M.& Cindy J. Fulton**
3138 Mobley Bridge Rd.
Hogansville, GA 30230

**Glen M.& Cindy J. Fulton**
c/o Keith Prater
P.O. Drawer 820
Newnan, GA 30264

**GMAC Mortgage**
P.O. Box 4622
Waterloo, IA 50704-4622

**Piedmont Fayette Hospital**
Paces West Two - Suite 1000
2727 Paces Ferry Road
Atlanta, GA 30338

**Piedmont Hospital**
c/o Patient Account Bureau
P.O. Box 279
Norcross, GA 30091

**Piedmont Medical Care Corporation**
P.O. Box 116984
Atlanta, GA 30368-6984

**Piedmont Newnan Hospital**
P.O. Box 997
Newnan, GA 30264-0997

**Radiology Med Imagery Newnan**
P.O. Box 182504
Columbus, OH 43218-2504

**Regions Mortgage, Inc.**
P.O. Box 2153
Birmingham, AL 35287-0050

**United Community Bank**
P.O. Box 37
Fairburn, GA 30213

**United Community Bank**
P.O. Box 37
Fairburn, GA 30213